# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HILDA M. CASTANEDO ESCALON, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HILDA CASTANEDO AND THE ESTATE OF EMMA DIAZ,<br><br>    *Plaintiffs,*<br><br>v.<br><br>TRAFIGURA TRADING, LLC, TRAFIGURA PTE LTD, and TRAFIGURA GROUP PTE LTD,<br><br>    *Defendants.* | Civil Action No. 21-cv-659<br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiff Hilda M. Castanedo Escalon, in her capacity as Personal Representative of the Estate of Hilda Castanedo ("Castanedo Estate") and the Estate of Emma Diaz ("Diaz Estate"), (together, "Plaintiffs"), hereby give notice that they appeal to the United States Court of Appeals for the Fifth Circuit the Order of this Court entered on March 29, 2023 (ECF No. 55). Plaintiffs also appeal the Order of this Court entered on March 15, 2022 (ECF No. 49).

Dated: April 26, 2023

Respectfully submitted,

*/s/ Jared R. Butcher*
Jared R. Butcher
DC Bar No. 986287
SD ID No. 3634996
BERLINER CORCORAN & ROWE LLP
1101 17th Street N., Suite 1100
Washington, DC 20036
Tel: (202) 293-1074
Fax: (202) 293-9035
jbutcher@bcrlaw.com

***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on April 26th, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all counsel of record.

                                                */s/ Jared R. Butcher*
                                                Jared R. Butcher